# Court Exhibit A: Utah Business Registration

## ENTITY INFORMATION

### ENTITY INFORMATION

**Entity Name:**

AMERICAN EXPRESS COMPANY

**Assumed Name:**

N/A

**Domicile Name:**

N/A

**Jurisdiction:**

NY

**Entity Type:**

Foreign Business Corporation

**Entity Number:**

595856-0143

**Entity Subtype:**

Foreign Corporation

**Entity Status:**

Active

**Profession:**

N/A

**Entity Status Details:**

Current

**Status Date:**

09/26/2024

**Formation Date:**

06/11/1965

**Renew By Date:**

06/30/2025

**Formation Effective Date:**

06/11/1965

**Last Renewed Date:**

05/31/2024

## REGISTERED AGENT INFORMATION

**Name:**

CT CORPORATION SYSTEM

**Registered Agent Type:**

Entity

**Entity Number:**

0 (/BusinessSearch/BusinessInformation?businessId=0&Source=fromFormation)

**Status:**

Active

**Street Address:**

1108 E SOUTH UNION AVE, Midvale, UT, 84047, USA

**Last Updated:**

9/13/2024 9:22:44 PM

## PRINCIPAL INFORMATION

| Title | Name | Address | Last Updated |
|---|---|---|---|
| Treasurer | KERRI S. BERNSTEIN | 200 VESEY STREET, NEW YORK, NY, 10285, USA | 09/13/2024 |
| Secretary | LAUREEN E. SEEGER | 200 VESEY STREET, NEW YORK, NY, 10285, USA | 09/13/2024 |
| Director | LISA WARDELL | -200 VESEY STREET, NEW YORK, NY, 10285, USA | 09/19/2024 |

| Title | Name | Address | Last Updated |
|---|---|---|---|
| Director | JOHN J. BRENNAN | 200 VESEY STREET, NEW YORK, NY, 10285, USA | 09/19/2024 |
| Director | WALTER CLAYTON | 200 VESEY STREET, NEW YORK, NY, 10285, USA | 09/13/2024 |

< Previous   …   1   2   3   …   Next >   Page 1 of 3, records 1 to 5 of 15        Go to Page

## ADDRESS INFORMATION

**Physical Address:**

200 VESEY STREET, NEW YORK, NY, 10285, USA

**Updated Date:**

9/13/2024 8:42:59 PM

**Mailing Address:**

**Updated Date:**

## SERVICE OF PROCESS INFORMATION

**Service of Process Name:**

AMERICAN EXPRESS COMPANY

**Last Updated:**

9/13/2024 8:42:59 PM:

**Service of Process Address:**

200 VESEY STREET, NEW YORK, NY, 10285, USA

Filing History    Name History    Mergers/Conversions

Return to Search    Return to Results