# Court Exhibit B: Account Cancellation Notice

**Important account notice**

From: American Express (americanexpress@welcome.americanexpress.com)

To: tamahjclark@yahoo.com

Date: Wednesday, February 26, 2025 at 09:50 AM EST

Details inside



TAMAH J CLARK
Account ending: 08007





Account cancellation notice

We are writing to inform you that, after a recent review of your American Express® account(s) referenced above, we have cancelled the account(s) based on our adherence to regulatory guidelines.

Due to the nature of this cancellation, the account(s) listed above, and any other accounts if applicable, will not be eligible for reinstatement.

**It's important to note**
You have up to 90 days from the date of this email to redeem any eligible earned rewards on your accounts. Please ensure that any Additional Card Members are aware that the account has been cancelled.

Keep in mind, you remain legally obligated to pay American Express for all charges incurred on the account(s) listed above under the terms of the Cardmember Agreement.

**Contacting us**
To redeem your eligible earned rewards within 90 days of this email, please call 1-800-950-8623. The hours of operation are Monday to Friday, 9am -5pm ET. You can also write to us at the address below:

   American Express
   P.O. Box 981535
   El Paso, TX 79998-1535

Sincerely,

**American Express**

Privacy statement

Contact us

Update your email address

**Notice to U.S. Residents.**

The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided that the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning American Express National Bank is the Bureau of Consumer Financial Protection, 1700 G Street NW, Washington, D.C.20552 (the "Bureau"). The federal agencies that administer compliance with this law concerning American Express Travel Related Services Company, Inc. are the Bureau (address above) and the Federal Trade Commission, Consumer Response Center, 600 Pennsylvania Avenue NW, Washington, D.C. 20580.

SAM0INF041