

# Court Exhibit E: Amex Final Straw E-mail

Common Law <commonlaw119@gmail.com>

## FW: Amex Final Straw
1 message

**TJClark** <tamahjclark@yahoo.com>  Fri, Mar 7, 2025 at 2:08 AM
To: CommonLaw119@gmail.com

-------- Original message --------
From: Tamah Clark <tamahjclark@yahoo.com>
Date: 3/4/25 4:58 PM (GMT-05:00)
To: "Mrs. Clark" <tamahjclark@yahoo.com>
Subject: Amex Final Straw

Called 1(800) 528-2122 at 3:58 PM to speak with Mr. Anre Williams, Bank CEO and Director, and was connected with Rafael (a woman) in Platinum Card Member Services. She said Customer Information Team closed account (according to notes).

I explained Utah Department of Financial Services (UDFS) has that number listed for American Express National Bank. Explained I need to speak with bank CEO Mr. Williams for account issues that Card Services was unable to help with. She said she would message her manager, but her manager did not respond.

Rafael said she does not have number for Mr. Williams and did not want to waste my time so she instead offered to connect me with Account Services-- although I told her I had already spoke with them earlier today and they said "bank regulations and policies" placed me on hold 2 to 3 minutes then came back and said Miria just returned and will call me within the next 5 minutes. She said that department said they are familiar with the situation.

Miria called and maybe let phone ring once (at 4:24 PM). I called back at 4:25 PM; phone rang and rang then went to voicemail. Called back 1(800) 528-2122 and got Melissa (Platinum Card Member Services) who answered: "Hello Tamah, I have your account here. What's going on?" (or something to that affect). Melissa placed me on hold at 4:31 PM, then said she will try to see if Miria is available. Mirria called by while on line with Melissa.

Miria said account was closed due to "adherence to regulatory guidelines" and will report to credit as "closed at lender's request/closed by lender". Can re-apply and it will allegedly say member since 2017. Advised that for further details would need to contact: American Express General Counsel's Office, 200 Vesey Street, 49th Floor, Mail Drop NY-01-50-01, New York, NY 10285