AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF UTAH

| | |
|---|---|
| Tamah Jada Clark <br><br> *Plaintiff(s)* <br> v. <br> AMERICAN EXPRESS NATIONAL BANK, AMERICAN EXPRESS NATIONAL BANK CEO/DIRECTOR ANRE WILLIAMS, AMERICAN EXPRESS COMPANY, JENNIFER FELL AND MIA FIGUEROA <br> *Defendant(s)* | Civil Action No. 2:25-cv-177-DBP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Anre Williams, CEO/Director
American Express National Bank
4315 S 2700 W
Salt Lake City, Utah 8418

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Tamah Jada Clark
1880 Braselton Hwy
Suite 118 #5018
Lawrenceville, Ga 30043

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Gary P Serdar
*CLERK OF COURT*

Date: 3/7/2025

*Signature of Clerk or Deputy Clerk*

